UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLARD SCOTT
610 Denver Drive
Hermitage, Tennessee 37076

CASE NO.:3:06-CV-2437

MDL Docket No. 1699

Plaintiff,

v.

**ORDER OF DISMISSAL
WITHOUT PREJUDICE**

PFIZER, INC.,
Serve: Registered Agent
CT Corporation
818 West 7th Street
Los Angeles, CA 90017

      Pursuant to Rule 41 (a)(2) of the Federal Rules of Civil Procedure, Plaintiff Willard Scott and Defendant Pfizer, Inc. move to dismiss this case without prejudice. The parties have agreed that each party will bear their own costs and fees in this matter. Should Willard Scott or a representative of Plaintiff attempt to re-file claim against Pfizer, Inc. they shall do so only by filing it in the United States District Court, Northern District of California, MDL 1699.

      AND IT IS ORDERED.

Dated: June 21, 2006

