IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER** |

*This document relates to:*

06-2437 CRB Cynthia Mitchell
_____/

By document filed February 28, 2008, plaintiff Cynthia Mitchell advised the Court that in the Complaint she is inadvertently identified as Cynthia Miller. Accordingly, the docket shall be modified to reflect plaintiff's name as "Cynthia Mitchell."

**IT IS SO ORDERED.**

Dated: May 14, 2009


CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderremitchell06-2437.wpd