Frank Woodson
Navan Ward
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 06-2437 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Gary Lee Abernathy, individually, et al.,<br><br>Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs Gary Lee Abernathy, individually; Joseph L. Clough, individually; Janelle Blanton, individually; Mary F. Hutcheson, individually; Debbie Madrey, individually and as Personal Representative of the Estate of Willie Madrey, deceased; Rickey McDaniel, individually; Calvin W. Miller, individually; Karla Miller, individually; Edward Myers, individually; Catheryn Parham, individually; Tilda Powls, individually; Patty Preston, individually; Janice S. Rankin, individually; Jennie B. Reed, individually; Willard L. Rivers, indivdiually; Thomas W. Scollon, individually; Hermie Marie Scott, individually and as Personal Representative of the Estate of Willie Clyde Scott, deceased; Billy J. Smithers, individually;

Lillian Sweeney, individually; Julia Lane, individually and as Personal Representative of the Estate of Bessie Idell Burdette; Ellen M. Talley, individually; Charles Tate, individually; and Paul Terry, individually in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: 10/16, 2009   By: /s/ Navan Ward

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: Oct. 19, 2009   By: /s/

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Oct. 22, 2009

Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA